JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON LAMONT COLBERT, SR., <br><br>      Plaintiff, <br><br>  v. <br><br>WEST VALLEY DETENTION CENTER COUNTY JAIL, et al., <br><br>      Defendants. | NO. EDCV 22-0518-CAS (AGR) <br><br> JUDGMENT |

Pursuant to the Order Dismissing the First Amended Complaint Without Further Leave to Amend,

IT IS ADJUDGED that the First Amended Complaint and this action is dismissed.

DATED: April 5, 2024

                        CHRISTINA A. SNYDER
                        United States District Judge